**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**STEVE SMITH**                                                                                              **PLAINTIFF**

**VS.**                                                                  **CIVIL ACTION NO.:3:06CV613WA**

**UNKNOWN EVANS, UNKNOWN FUNCHES,**
**MARGARET BINGHAM, LEVIN JONES,**
**JOSEPH BLACKSTON, ROCHEL WALKER,**
**DONNA FOSTER, UNKNOWN SHIPLEY,**
**BEVERLY WALKER, BRIAN LADNER, LEON**
**SHIELDS, CORRECTIONAL MEDICAL**
**SERVICES and WEXFORD HEALTH SOURCES**                                      **DEFENDANTS**

## ORDER

This matter came before the court on a notification by the Clerk of Court that the Plaintiff has submitted notices of waiver of service of process to the Clerk's office for completion. Because the Plaintiff has paid a filing fee in this case, he is responsible for serving process on the Defendants, and the court's only responsibility is to issue the summonses that must be served. Summons forms were mailed to the Plaintiff on November 8, 2006, along with a letter explaining what the Plaintiff had to do to have those summonses issued by the court. Once those summonses are issued, they will be returned to the Plaintiff for service on the Defendants.

IT IS, THEREFORE, ORDERED that the Clerk of Court return to the Plaintiff the notice of waiver of service of process that were submitted by him.

IT IS SO ORDERED, this the 26th day of December, 2006.

                                                                S/Linda R. Anderson
                                          UNITED STATES MAGISTRATE JUDGE